The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANJEEV SHARMA, and JOHN AND JANE DOES 1-999, individually and on behalf of all other similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>  Defendant. | No. 2:19-cv-01249<br><br>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*<br><br>(Clerk's Action Required) |

## I. RELIEF REQUESTED

Plaintiff Sanjeev Sharma, moves the court for an order which provides the following relief:

1. Dismisses this action voluntarily and without prejudice.

## II. STATEMENT OF FACTS

This is an employment matter filed by the Plaintiff on August 9, 2019. The Defendant has not been served, has not appeared, and has not filed an answer. There are no pending motions. No counterclaims have been asserted in this matter.

PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS *WITHOUT PREJUDICE* - 2:19-cv-01249

PAGE 1 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Plaintiff desires to dismiss the action in order to reconsider additional / different claims before proceeding. Dismissal without prejudice will neither affect plaintiffs nor a putative class's claims.

### III. STATEMENT OF THE ISSUE

The following issues are presented for resolution by the court:

> *(1) Whether Plaintiff's action should be dismissed voluntarily under Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23 without prejudice*

### IV. EVIDENCE RELIED UPON

This motion is based on the pleadings in the record.

### V. LEGAL AUTHORITY

The motion is made pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23, which provide in pertinent part:

Fed. R. Civ. P. 41

> (1) *By the Plaintiff.*
>
> (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Fed. R. Civ. P. 23 (e)

> **Settlement, Voluntary Dismissal, or Compromise.** The claims, issues, or defenses of a certified class may be . . . voluntarily dismissed . . . only with the court's approval.

Fed. R. Civ. P. (a)(1)(A) and 23 (e).  As the Defendant has not been served, appeared, served an answer or brought a motion of any kind, the Court should dismiss the action without prejudice. This would allow the plaintiff the opportunity to re-file the matter with no harm to the plaintiff or the putative class.

PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS *WITHOUT PREJUDICE* - 2:19-cv-01249

PAGE 2 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

VI. PROPOSED ORDER

A proposed order granting the relief requested accompanies this motion.

DATED this 15th day of August, 2019.

                          RESPECTFULLY SUBMITTED:

                          EMERY | REDDY, PLLC

By:    s/ Timothy W. Emery
       TIMOTHY W. EMERY
       WSBA No. 34078
       EMERY | REDDY, PLLC
       600 Stewart Street, Suite 1100
       Seattle, WA 98101
       Phone: (206) 442-9106
       Fax: (206) 441-9711
       emeryt@emeryreddy.com
       Attorney for Plaintiff

                          RESPECTFULLY SUBMITTED:

                          EMERY | REDDY, PLLC

By:    s/ Patrick B. Reddy
       PATRICK B. REDDY
       WSBA No. 34092
       EMERY | REDDY, PLLC
       600 Stewart Street, Suite 1100
       Seattle, WA 98101
       Phone: (206) 442-9106
       Fax: (206) 441-9711
       reddyp@emeryreddy.com
       Attorney for Plaintiff

PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS *WITHOUT PREJUDICE* - 2:19-cv-01249

PAGE 3 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Service will be completed to the following non-CM/ECF participants on August 15, 2019, via U.S. mail.

Zoll Medical Corporation
c/o Mark T. Phillis
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222

                                              s/ Jennifer Chong
                                              Jennifer Chong, Legal Assistant

PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS *WITHOUT PREJUDICE* - 2:19-cv-01249

PAGE 4 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711