UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANJEEV SHARMA, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ZOLL MEDICAL CORPORATION,

Defendant.

C19-1249 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion, docket no. 3, for voluntary dismissal of this class action is GRANTED, and this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 23(e) & 41(a).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to CLOSE this matter.

Dated this 20th day of August, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1